# DrinkerBiddle&Reath
**LLP**

Rosalie V. Malone
Court Filing Clerk/Records
215-988-2646 Direct
215-988-2757 Fax
rosalie.malone@dbr.com

*Law Offices*

One Logan Square, Ste. 2000
Philadelphia, PA
19103-6996

215-988-2700 phone
215-988-2757 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

July 21, 2016

Spottswood W. Robinson III and Robert R. Merhige, Jr., Federal Courthouse
701 East Broad Street
Richmond, VA 23219



**Re:** **Johnson, et al v. City of Richmond 3:04-cv-00340**

Dear Nicky/Mickey, (sorry middle aged ears)

Please email me copies of Pleadings 245 and 246.

I have enclosed a check for copy fees.

My email address is malonerv@dbr.com.

If you have any questions please call me at 215-988-2646.

                                    Very truly yours,

                                    Rosalie V. Malone

RVM

*Established 1849*